MICHELE BECKWITH
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:     (559) 497-4000
Facsimile:      (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>KELLY WALKER,<br><br>                    Defendant. | CASE NO. 1:21-CR-00012<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for jury trial on March 25, 2025.

2.     By this stipulation, the parties now move to vacate the jury trial date for a change of plea on April 21, 2025.

3.     The parties agree and stipulate, and request that the Court find the following:

    a)     The parties anticipate filing a plea agreement in this matter.  For that reason, the parties agree that a date of April 21, 2025, is warranted for a change of plea.

    b)     The parties stipulate that the period of time until April 21, 2025, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the

public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 6, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

Dated: March 6, 2025

/s/ ANTHONY CAPOZZI

ANTHONY CAPOZZI
Counsel for Defendant
KELLY WALKER

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **March 11, 2025**

UNITED STATES DISTRICT JUDGE